### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18-cr-00887-JMF |
| | : | |
| v. | : | |
| | : | DECLARATION IN SUPPORT OF |
| JASON RHODES, | : | MOTION TO WITHDRAW |
| | : | AS COUNSEL |
| Defendant. | : | |

Brian E. Spears, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, hereby declares under penalty of perjury pursuant to 28 U.S.C § 1746, as follows:

1.     I am a partner at the law firm of Spears Manning & Martini LLC.  I offer this sealed declaration in support of my motion to withdraw as counsel for Jason Rhodes, the defendant in the above-captioned case.

2.      The relationship between Mr. Rhodes and myself has broken down irretrievably.

3.     Mr. Rhodes has failed to pay for any services rendered by Spears Manning & Martini since April 2019.

4.      I understand that Mr. Rhodes will not pay any of Spears Manning & Martini's outstanding invoices.  Furthermore, Mr. Rhodes will not pay for the firm's services going forward.  Instead, Mr. Rhodes intends to request court-appointed counsel.

1

5.      I have notified Mr. Rhodes of my intent to withdraw as his counsel in writing and have discussed my intent to withdraw with him as well.  A copy of the letter that I sent to Mr. Rhodes via email and regular mail is attached hereto as Exhibit 1.

6.      Mr. Rhodes has no objection to the granting of this motion.

7.      I have further notified government counsel (AUSA Elisha Kobre) of my intent to withdraw as Mr. Rhodes's counsel.  The government has indicated that it takes no position as to the granting of this motion.

8.      I will provide Mr. Rhodes with a copy of the Motion for Leave to Withdraw, this Declaration, and the accompanying Memorandum of Law.

9.      I am not asserting a retaining or charging lien.

 /S/ *Brian E. Spears*
Brian E. Spears
Southport, Connecticut
September 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ *Brian E. Spears*
    Brian E. Spears

# EXHIBIT A

**SPEARS** MANNING

Brian E. Spears
203-292-9776 (direct)
bspears@spearsmanning.com

September 23, 2019

***VIA FIRST CLASS MAIL***
***and ELECTRONIC MAIL***

Jason Rhodes
91 Hollow Tree Ridge Road
Darien, CT  06820

RE:   U.S. v. Rhodes (1:18cr887 (JMF)

Dear Jason:

As we discussed on September 20, 2019, I am going to move to withdraw as your counsel.  You have failed to meet your financial obligations to Spears Manning & Martini, as a result of which there is a significant balance due and I understand that you will be unable to pay for our services going forward.

In connection with my motion to withdraw as your counsel, I will explain that: (1) you have a balance outstanding to Spears Manning & Martini for services dating back to April 2019; (2) you have indicated that you are unable to pay for our services going forward; and (3) the relationship between us has broken down irretrievably.

Since Nate is also moving to withdraw for the additional reason that he is departing Spears Manning & Martini to take a new position as an in-house attorney, if the Court grants the motion, no attorney from Spears Manning & Martini will further serve as your counsel.  I urge you to immediately seek new counsel and that you speak with the Federal Defenders Office (212-417-8700) about the possibility of obtaining court-appointed counsel.

Very truly yours,

Brian E. Spears

BES/aas