# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

**MEMO ENDORSED**

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

December 31, 2019

*VIA ECF*

Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

RE: **United States v. Jason Rhodes**
     **18 Cr. 887 (JMF)**

Dear Judge Stein,

I represent the defendant, Jason Rhodes, in the above-captioned case. I resubmit this letter motion to correct the previous letter motion filed on December 31, 2020 (Docket No. 86). The earlier filed letter motion was incorrectly addressed to Judge Jesse M. Furman, who was previously assigned to the case. I resubmit the request below, and apologize for my mistake.

By way of this letter, I respectfully request a temporary modification of bail, granting Mr. Rhodes permission to travel to Vermont on Friday, January 3, 2020. At this time, Mr. Rhodes' travel is restricted. However, he requests authorization to travel to Vermont to attend his daughter's hockey tournament. We have spoken to Pretrial Services and provided them with the address where Mr. Rhodes will be staying. Neither Pretrial Services nor the Government object.

Respectfully submitted,

Patrick Joyce
Attorney for the Defendant Jason Rhodes

CC: Jared Lenow, AUSA
Elisha Johnathan Kobre, AUSA
Lisa Van Sambeck, Pre-trial Services (via email)
Myrna Carrington, Pre-trial Services (via email)
Lisa Chan, Pre-trial Services (via email)

Jan 2, 2020
SO ordered.
Sidney H Stein
USDJ