USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/03/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JASON RHODES,

          Defendant.

18 Cr. 887 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    This case has been transferred to the docket of this Court.

    IT IS HEREBY ORDERED that the parties shall appear for a final pretrial conference on January 9, 2020, at 3:30 P.M. in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    The parties shall be prepared to discuss the pending motions *in limine* and all other pretrial matters in preparation for trial which will commence before a jury on January 13, 2020, at 9:30 A.M. in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       January 3, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.