# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

January 29, 2020

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**RE: United States v. Jason Rhodes**
**18-CR-887**

Dear Judge Stein,

I represent the defendant, Jason Rhodes, in the above-captioned case. By way of this letter, I respectfully request a temporary modification of bail, granting Mr. Rhodes authorization to travel with his family to Concord, New Hampshire. Mr. Rhodes requests to travel to New Hampshire during the week of February 16th, 2020 (February 16, 2020 - February 21, 2020).

We have spoken to pretrial services and provided them with the information of where Mr. Rhodes will be staying, should his request be granted. We have also spoken with the Government regarding this request. Neither Pretrial nor the Government have any objections.

Respectfully submitted,

Patrick Joyce
Attorney for Jason Rhodes

CC: Jared Lenow, AUSA
Elisha Johnathan Kobre, AUSA
Lisa Van Sambeck, Pre-trial Services (via email)
Myrna Carrington, Pre-trial Services (via email)
Lisa Chan, Pre-trial Services (via email)

SO ORDERED 1/29/2020

SIDNEY H. STEIN
U.S.D.J.