# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2020

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

*VIA ECF*

March 19, 2020

Honorable Judge Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Jason Rhodes*
1:18-cr-00887-SHS-1

Dear Judge Stein,

I am the attorney for Jason Rhodes, the defendant in the above-referenced matter. Mr. Rhodes is currently scheduled to be sentenced before Your Honor on Monday, April 6, 2020. For the reasons detailed below, I respectfully request the Court adjourn Mr. Rhodes' sentencing hearing to May 7, 2020, or a date convenient for the Court thereafter.

In March, the defense received authorization to hire a mitigation specialist, Kayla Bennett, to assist in the preparation of Mr. Rhodes' sentencing. Ms. Bennett is to prepare a mitigation report which will accompany Mr. Rhodes' sentencing submission. However, the current circumstances surrounding COVID-19 are making it difficult to travel and communicate with Mr. Rhodes, his family members, and various agencies for documentation, and therefore present challenges to completing the mitigation report and sentencing submission. With growing concerns and travel restrictions, we anticipate that meeting and reviewing matters with Mr. Rhodes will continue to present difficulties during this time.

I have spoken with AUSAs Elisha Kobre and Jared Lenow, who consent to a four-week adjournment. I therefore request that the sentencing be adjourned to Thursday, May 7, 2020 or a date convenient with the Court thereafter. This is the defense's first request for an adjournment of sentencing.

Respectfully submitted,

/s/
Patrick Joyce

The sentencing is adjourned to June 22 at 2:30 p.m.

SO ORDERED 3/20/2020

SIDNEY H. STEIN
U.S.D.J.

                                                    Attorney for Defendant Jason Rhodes

CC:    Jared Lenow, AUSA (via ECF)
         Elisha Kobre, AUSA (via ECF)