# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

June 10, 2020

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Application granted.

Dated:  New York, New York
June 10, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

RE: **United States v. Jason Rhodes**
    18-CR-887

Dear Judge Stein,

   I represent the defendant, Jason Rhodes, in the above-captioned case. By way of this letter, I respectfully request a temporary modification of bail, granting Mr. Rhodes authorization to travel with his family to South Yarmouth, Massachusetts from this Friday, June 12th to Sunday, June 14th, where Mr. Rhodes and his family intend to celebrate the birthday of his daughter. Mr. Rhodes also requests to travel the weekend of July 4th (Thursday, July 2nd to Monday, July 6th).

   We have spoken to pretrial services and provided them with addresses and information of where Mr. Rhodes will be staying, should this request be granted. Pretrial has no objection and only requests that Mr. Rhodes take the necessary precautions not to contract or spread COVID-19 as he and his family travel. The Government also has no objection, with the stipulation that Mr. Rhodes adhere to health regulations.

Respectfully submitted,

Patrick Joyce
Attorney for Jason Rhodes

CC:   Jared Lenow, AUSA
      Elisha Johnathan Kobre, AUSA
      Lisa Van Sambeck, Pre-trial Services (via email)
      Myrna Carrington, Pre-trial Services (via email)

1

Lisa Chan, Pre-trial Services (via email)

Lisa Chan, Pre-trial Services (via email)

Case 1:18-cr-00887-SHS   Document 105   Filed 06/10/20   Page 2 of 2

Lisa Chan, Pre-trial Services (via email)