# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2020

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

July 15, 2020

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE: **United States v. Jason Rhodes**
    18-CR-887

Dear Judge Stein,

    I represent the defendant, Jason Rhodes, in the above-captioned case. By way of this letter, I respectfully request a temporary modification of bail, granting Mr. Rhodes authorization to travel with his family to WaterColor, Florida from Saturday, July 25, 2020 to Saturday, August 1, 2020, for a family vacation his sister has invited him, his wife, and children on.

    We have spoken to pretrial services and provided them with flight details and the address of where Mr. Rhodes will be staying, should this request be granted. Neither Pretrial nor the Government have any objections. Mr. Rhodes and his family will abide by all COVID-19 health regulations and restrictions.

Respectfully submitted,

Patrick Joyce
Attorney for Jason Rhodes

CC:  Jared Lenow, AUSA
     Elisha Johnathan Kobre, AUSA
     Lisa Van Sambeck, Pre-trial Services (via email)
     Myrna Carrington, Pre-trial Services (via email)
     Lisa Chan, Pre-trial Services (via email)

Application granted

SO ORDERED 7/15/2020

SIDNEY H. STEIN
U.S.D.J.