

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Jason Rhodes*, 18 Cr. 887 (SHS)

Dear Judge Stein:

The Government respectfully requests that the Court allow the parties an additional four weeks from tomorrow to continue ongoing discussions attempting to resolve certain factual issues relevant to sentencing and possibly avoid the need for a *Fatico* hearing, or at the very least narrowing the factual issues in dispute. As the Court is aware, on September 22, 2020, upon joint request of the parties, the Court adjourned sentencing *sine die* and gave the parties until October 16, 2020 by which to file a joint letter stating whether a *Fatico* hearing is needed and, if so, identifying the specific factual issues in dispute. The parties are continuing to engage in, but have not yet completed, these discussions.

For these reasons, the parties jointly respectfully request an additional four weeks from tomorrow, until November 13, 2020, by which to file the letter referenced above.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: ___/s/_____
Jared Lenow / Elisha J. Kobre Assistant United States
Attorneys (212) 637- 1068 / -2599

**Request granted.**

**Dated: New York, New York**
**October 15, 2020**

cc: All counsel of record (by ECF)

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.