# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

April 28, 2021

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED, p. 2**

**RE: <u>United States v. Jason Rhodes</u>**
    **18-CR-887**

Dear Judge Stein,

    On April 13 and 14 of 2021, the court conducted a Fatico hearing. At the conclusion of the hearing the court set a briefing/sentencing memo schedule which requires the defendant to submit this joint document on May 5, 2021. As of today, I have yet to receive the transcript from the hearing. Although I submitted a request via the CJA website on April 15, 2021, some misfunction by one of the interim parties caused a significant delay in getting the request to the court. I hope to have the transcript, today or tomorrow.

    As a I need to rely upon this record to support my submission, I am requesting for an amended briefing/submission schedule. I spoke with AUSA Elisha Kobre who does not object to this request. I ask that the court impose the following schedule:

Defense submissions due – May 17, 2021.
Government response due – June 1, 2021.

    This is the first request for an extension of time to submit these post hearings Memos.

Respectfully submitted,
/s/ Patrick Joyce
Attorney for Jason Rhodes

CC:    Jared Lenow, AUSA
        Elisha Kobre, AUSA
        *Via ecf*

1

United States v. Jason Rhodes, 18-CR-887

The revised schedule as requested in this letter is granted.

Dated: New York, New York
April 28, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.