

**RM**
**LAW NYC**

The Law Firm of Robert Moore, PLLC

May 17, 2021

*VIA ECF*

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Jason Rhodes**
**18-CR-887 (SHS)**

Dear Judge Stein,

I along with Patrick Joyce represent Defendant Jason Rhodes ("Defendant") in this matter. Pursuant to the Court's most recent Scheduling Order (Doc. No. 124), Defendant's deadline to file his post-*Fatico* brief / sentencing memorandum is today, May 17, 2021. Defendant respectfully requests one brief final extension of this deadline to this Friday, May 21, 2021, so that counsel may finalize the submission and thoroughly review it with Defendant.

I have spoken to AUSA Jared Lenow who consents to this request. Accordingly, I ask that the Court modify the briefing schedule as follows:

Defense submission due—May 21, 2021
Government submission due—June 7, 2021

This is the second request for an extension of time to submit the post-*Fatico* brief / sentencing memorandum. It will also be the last.

**The request to extend the briefing schedule as set forth above is granted.**

**Dated: New York, New York**
**May 18, 2021**

Respectfully submitted,

Robert Moore

CC: *VIA ECF*
AUSA Elisha Kobre
AUSA Jared Lenow

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.