

The Law Firm of Robert Moore, PLLC

MEMO ENDORSED

May 28, 2021

***VIA ECF***

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:    <u>United States v. Jason Rhodes</u>
             18-CR-887 (SHS)

Dear Judge Stein,

    I along with Patrick Joyce represent the Defendant, Jason Rhodes, in the above-captioned case. Mr. Rhodes respectfully requests that his bail conditions be modified to permit him to travel to Sarasota, FL for a work-related trip, from June 12 to June 22, 2021.
    Myrna Carrington for Pre-Trial Services and Elisha Kobre for the Government do not object to this request.

                                                  Respectfully submitted,

                                                  s/ Robert Moore

**Defendant's request to travel is granted.**

**Dated:** New York, New York
       June 1, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

THE LAW FIRM OF ROBERT MOORE, PLLC • 140 BROADWAY- 46TH FLOOR.NEWYORK, N.Y.,10005 • PHONE: 929-253-7496•WWW.RMLAWNYC.COM