UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-887 (SHS)

-v-  :  ORDER

JASON RHODES,  :

        Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's sentencing will take place on Wednesday, August 4, 2021, at 11:00 a.m., in Courtroom 23A.

Dated: New York, New York
       July 7, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.