

**RM**
LAW NYC

The Law Firm of Robert Moore, PLLC

July 13, 2021

*VIA ECF*

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    **United States v. Jason Rhodes**
             **18-CR-887 (SHS)**

Dear Judge Stein,

    Patrick Joyce and I represent Defendant Jason Rhodes ("Defendant") in this matter. On July 7, 2021, the Court ordered Defendant's sentencing to take place on August 4, 2021 at 11:00 AM. (Doc. No. 136). However, Mr. Joyce already has a hearing scheduled for that day, and I will be in California on a trip booked months ago. Therefore, Defendant respectfully requests that his sentencing be adjourned to August 31, 2021, or as soon thereafter as is convenient for the Court.

    The Government (through AUSA Jared Lenow) consents to this request.

                                                                     Respectfully submitted,

                                                                       Robert Moore

CC:   *VIA ECF*
        AUSA Elisha Kobre
        AUSA Jared Lenow

**The sentencing is adjourned to September 1, 2021, at 11:00 a.m.**

**Dated: New York, New York
           July 13, 2021**

                                                       SO ORDERED:

                                                       Sidney H. Stein, U.S.D.J.