

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  **United States v. Jason Rhodes,**
     **18 Cr. 887 (SHS)**

Dear Judge Stein:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Elisha J. Kobre
Assistant United States Attorney
(212) 637-2599

cc:  Counsel of Record (by ECF)

**Request granted.**

**Dated: New York, New York**
**July 15, 2021**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.