# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

August 11, 2021

*VIA ECF*

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE: **United States v. Jason Rhodes**
           **18-CR-887**

Dear Judge Stein,

    I represent the Defendant, Jason Rhodes, in the above-captioned case. I am writing to respectfully request that Mr. Rhodes's bail conditions be modified to permit him to travel to Santa Rosa Beach, FL, for a trip that is in part work-related, from August 14 to August 26, 2021. Mr. Rhodes has twice been granted permission to travel and twice returned without incident.

    Pre-trial services (through Myrna Carrington) does not object to this request. The Government (through AUSA Jared Lenow) takes no position on this request.

    Thank you.

Respectfully submitted,

s/ Patrick Joyce

**Defendant's request to travel to Santa Rosa Beach, FL is granted.**

**Dated: New York, New York**
      **August 11, 2021**

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.