UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JASON RHODES,

              Defendant.

**Order of Restitution**

S1 18 Cr. 887 (SHS)

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Jared Lenow, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One, Two, Three, and Four of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Jason Rhodes, the Defendant, shall pay restitution in the total amount of $25,451,801 to the victims of the offense charged in Counts One, Two, Three, and Four. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. The defendant shall make the restitution payments to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, in order that the Clerk of Court may forward the payments to the victims, and in the amounts, set forth in the Schedule of Victims attached hereto. The defendant shall make the restitution payments in monthly installments of 15% of gross monthly income, to commence 30 days after ~~the date of this Order~~ release from custody. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court. /SHS/

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter,
09.10.2013

specifically Mark Varacchi in *United States v. Varacchi*, 17 Cr. 76 (NRB) (S.D.N.Y.) and Steven Simmons in *United States v. Simmons*, 17 Cr. 127 (KMW) (S.D.N.Y.). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-conspirators in this matter.

3. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       September __/__, 2021

_____
HONORABLE SIDNEY H. STEIN
SOUTHERN DISTRICT OF NEW YORK