

**RM**
LAW NYC

The Law Firm of Robert Moore, PLLC

October 15, 2021                                          **MEMO ENDORSED**

*VIA ECF*

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Jason Rhodes</u>
             18-CR-887 (SHS)

Dear Judge Stein,

    I along with Patrick Joyce represent Defendant Jason Rhodes in this matter. Pursuant to this Court's Judgment filed September 9, 2021, Mr. Rhodes must surrender for service of his sentence at the institution designed by the Bureau of Prisons ("BOP") by 2 pm today, October 15, 2021. (Doc. 148). However, Mr. Rhodes has not yet received a designation from BOP. Accordingly, we respectfully request that the Judgment be modified so that Mr. Rhodes surrenders on October 29, 2021, or in the alternative, that he receive a designation forthwith.

Respectfully submitted,

Robert Moore

CC:    *VIA ECF*
        AUSA Jared Lenow

**The surrender date for Mr. Rhodes is adjourned to October 29, 2021.**

Dated: New York, New York
       October 15, 2021        SO ORDERED:

                                             Sidney H. Stein, U.S.D.J.