# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

November 11, 2021

*VIA ECF*                                           **MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Jason Rhodes,
                  18-CR-887 (SHS)

Dear Judge Stein,

      I am CJA counsel for Defendant Jason Rhodes. This Court adjourned Mr. Rhodes's surrender date to November 12, 2021 because BOP was still in the process of designating a facility. (Doc. No. 159). We did not receive notice of Mr. Rhodes's designation until 9:42 this morning, and the facility is more than three and a half hours away from Mr. Rhodes's home. In my experience it is highly unusual to receive a designation the day before a surrender.

      Mr. Rhodes respectfully requests one final adjournment of one (1) week, to November 19, 2021, so that he may get his affairs in order prior to surrendering, including but not limited to executing powers of attorney, arranging for his medical prescriptions to continue and be delivered, adding signatories to his bank accounts which he cannot do today because it is federal holiday and the banks are closed, and properly saying goodbye to his wife and young children.

Respectfully submitted,

s/Patrick Joyce

Defendant's request to extend the surrender date is denied.

Dated: New York, New York
       November 11, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.