UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,     :     18-Cr-887 (SHS)

       -v-                          :     <u>ORDER</u>

JASON RHODES,                 :

       Defendant.              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court's chambers has received several telephone calls over the past months from at least three members of the Rhodes family, either asking questions or otherwise seeking information concerning the defendant's sentence. Defendant's attorneys, Patrick Joyce and Robert Moore are directed to inform the defendant's family members that if they need any information or documents regarding this matter, they are to seek that information from defense counsel, not the Court.

Dated: New York, New York
       September 14, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.